## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTIN J. WALSH, Secretary of Labor**,<br><br>  Plaintiff,<br><br> *v.*<br><br> **SATORI GROUP, INC., et al.,**<br><br>  Defendants. | **CIVIL ACTION**<br><br><br>**NO. 20-3906-KSM** |

## ORDER

**AND NOW** this 24th day of May, 2021, after considering Plaintiff's Motion for Default Judgment (Doc. No. 5), Plaintiff's Affidavit of Costs and Service (Doc. No. 8), Plaintiff's Memorandum in Support of Award of Costs (Doc. No. 8), Plaintiff's supplemental memorandum (Doc. No. 13), and the arguments made by Plaintiff's counsel during oral argument on April 20, 2021; and the Clerk of Court having previously entered default against Defendants for failure to appear; and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the motion is **GRANTED in part** and **FINAL JUDGMENT** in the amount of **One-Hundred-Two Thousand Three-Hundred Sixty-Seven Dollars and Ten Cents** ($102,367.10 – the amount of the Plan losses and interest, plus costs) shall be entered against Defendants Satori Group, Inc., John Florio, Amy Wright, and the Satori Group, Inc. 401(k) Plan and in favor of Plaintiff, the Secretary of Labor, Martin J. Walsh. Plaintiff's motion is **DENIED** as to Plaintiff's request for injunctive relief.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.